UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BADGER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-CV-05956 |
| LUIGI'S PAISANS PIZZA, INC., LUIGI'S PAISANS PIZZA II, INC., and MIGUEL ROMERO, | ) ) ) ) | Hon. John Robert Blakey Magistrate Judge Hon. Jeffrey Cole |
| Defendants. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MIGUEL ROMERO

**PLEASE TAKE NOTICE** that Plaintiff Badger Mutual Insurance Company, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the stipulation attached hereto as Exhibit A, hereby provides notice of the dismissal of the above-named caption against Defendant Miguel Romero only. Each party is to bear their own costs and attorneys' fees.

Plaintiff's claims against Defendants Luigi's Paisans Pizza, Inc. and Luigi's Paisans Pizza II, Inc. remain active and pending before the Court.

Dated: June 8, 2023.

                                                **BADGER MUTUAL INSURANCE COMPANY, Plaintiff**

                                                By: *Electronically signed by Jason R. Fathallah*
                                                Jason R. Fathallah
                                                HUSCH BLACKWELL LLP
                                                511 North Broadway, Suite 1100
                                                Milwaukee, WI 53202
                                                (414) 273-2100
                                                jason.fathallah@huschblackwell.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 8th day of June 2023. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*Electronically signed by Jason R. Fathallah*
Attorneys for Plaintiff Badger Mutual Insurance Company

HB: 4873-5598-6274.1