UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BADGER MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) ) LUIGI'S PAISANS PIZZA, INC., and ) LUIGI'S PAISANS PIZZA II, INC., ) ) ) Defendants. ) ) | Case No. 22-CV-05956 Hon. John Robert Blakey Magistrate Judge Hon. Jeffrey Cole |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Plaintiff Badger Mutual Insurance Company and Defendants Luigi's Paisans Pizza, Inc. and Luigi's Paisans Pizza II, Inc. hereby stipulate that the above-captioned action, inclusive of all claims, is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is further stipulated that there is no prevailing party in this action, and each party shall bear its own costs and attorneys' fees.

1

Dated this 2nd day of February, 2024.

Respectfully submitted,

BADGER MUTUAL INSURANCE COMPANY, Plaintiff

By: *Electronically signed by Jason R. Fathallah*
      Jason R. Fathallah
      Husch Blackwell LLP
      511 N. Broadway, Suite 1100
      Milwaukee, WI 53202
      Phone: (414) 273-2100
      Email: jason.fathallah@huschblackwell.com

LUIGI'S PAISANS PIZZA, INC. and
LUIGI'S PAISANS PIZZA II, INC., Defendants

By: *Electronically signed by Emily E. Garrison*
      Emily E. Garrison
      Honigman LLP
      155 N. Upper Wacker Drive, Suite 3100
      Chicago, IL 60606
      Phone: (312) 701-9300
      Email: egarrison@honigman.com